UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH FLORES,

    Plaintiff,

v.

JAN MORGEN, *et al.*,

    Defendants.

Case No. C08-5621 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 48. The Court has reviewed the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

On March 20, 2009, a Report and Recommendation was filed. Dkt. 48. The facts of this case are set out in the Report and Recommendation and shall not be repeated here. On April 6, 2009, Plaintiff filed a pleading entitled "Plaintiff's Motion to Reconsider and Objections of Court [sic] Report and Recommendation." Dkt. 53. Plaintiff seeks reconsideration of the Report and Recommendation. *Id.* In light of the fact that the Report and Recommendation has not yet been adopted, the Court shall construe the arguments raised as objections to the Report and Recommendation. Plaintiff's objections are without merit. Plaintiff complains that he is not an attorney, and has limited access to supplies and computers. He makes no showing that the Report and Recommendation should not be adopted.

ORDER - 1

Accordingly, the Court does hereby find and **ORDER**:

    (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 48);

    (2)    Plaintiff's Ex Parte Motions for Injunctive Relief (Dkts. 13 and 37) are **DENIED**; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 22nd day of April, 2009.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 2