UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH R. FLORES,

    Plaintiff,

v.

JAN MORGEN, *et al.*,

    Defendants.

Case No. C08-5621 RJB/KLS

ORDER DIRECTING RESPONSE AND RENOTING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's motion to reconsider amended complaint. Dkt. # 51. Plaintiff previously filed a motion to amend his complaint. Dkt. # 25. That motion was denied because Plaintiff failed to submit a proposed amended complaint. Dkt. # 45. Plaintiff is now providing the Court with his proposed amended complaint (Dkt. # 51-2), and states that his failure to do so was based, in part, on his ill health and lack of resources. Dkt. # 51, p. 1. Defendants object because the amended complaint was not before the Court when the previous ruling was made and therefore, the Plaintiff cannot show that the Court erred in denying the motion to amend for Plaintiff's failure to attach an amended complaint. Dkt. # 52, p. 2.

Although Plaintiff chose to title his motion as a "motion to reconsider," the Court views the motion as Plaintiff's attempt to simply comply with the Court's directive that he submit a proposed amended complaint so that the Defendants and the Court can see what it is the Plaintiff wants to

ORDER - 1

plead and so that the court may make a final determination as to whether the pleading should be allowed. The proposed amendment is now before Defendants and the Court.

Accordingly, the Court **ORDERS** as follows:

(1) Plaintiff's motion to reconsider (Dkt. # 51) is **GRANTED**;

(2) Defendants shall file a response to Plaintiff's motion to amend (Dkt. # 25) with proposed amended complaint submitted at Dkt. # 51-2, on or before **May 22, 2009**.

(3) Defendants' motion to dismiss (Dkt. # 36) shall be **re-noted for May 29, 2009**.

DATED this 4th day of May, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2