**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JOSEPH R. FLORES,<br><br>                      Plaintiff,<br><br>  v.<br><br>JAN MORGEN, et al.<br><br>                      Defendants. | NO. C08-5621 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF DISPOSITIVE MOTION DEADLINE |

      Before the Court is Defendants' Motion for Extension to File Dispositive Motion. Dkt. 86.

      The current dispositive motions deadline is April 9, 2010. Dkt. 81. Defendants request a thirty day extension, until May 7, 2010, due to counsel's case load, medical reasons, and to enable review of Plaintiff's medical records. Dkt. 86, p. 2.

      Extending the dispositive motions deadline will require an extension of the joint status report deadline, which is currently due on May 4, 2010. Dkt. 81.

      Accordingly, it is **ORDERED**:

      1.     Defendants' motion (Dkt. 86) is **GRANTED**.

      2.     The deadline for filing dispositive motions is **May 7, 2010.** The deadline for submission of the parties' joint status report is **July 2, 2010.**

1   3. The clerk is directed to send copies of this Order to Plaintiff and to counsel for
2   Defendants.
3
4   DATED this  14th  day of April, 2010.
5
6   *[signature]*
    Karen L. Strombom
7   United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING SECOND MOTION TO EXTEND DISPOSITIVE           2
MOTIONS DEADLINE