**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JOSEPH R. FLORES,<br><br>        Plaintiff,<br><br>   v.<br><br>JAN MORGEN, KIMBERLY DOTSON, DOE SMITH, DOE ABLE, RUSTY SMITH, MAGGIE MILLER-STOUT, G. BURK AND DOE HEWSTON,<br><br>        Defendants. | NO. C08-5621 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF COURT DEADLINES |

Before the Court is Defendants' Motion for Extension of Time of Court Deadlines. Dkt. 89.  The current dispositive motions deadline is May 7, 2010 and the deadline for filing the parties' joint status report is July 2, 2010.  Dkt. 87.  Defendants' motion for summary judgment (Dkt. 88) is pending.

Accordingly, it is **ORDERED:**

(1)     Defendants' motion (Dkt. 89) is **GRANTED**.

(2)     The deadline for filing dispositive motions is **August 27, 2010.**  The deadline for submission of the parties' joint status report is **October 29, 2010.**

ORDER GRANTING EXTENSIONS OF COURT DEADLINES                    1

1        (3)    The clerk is directed to send copies of this Order to Plaintiff and to counsel for
2  Defendants.

4        DATED this  28th  day of July, 2010.

                                                               /s/ Karen L. Strombom
                                                               Karen L. Strombom
                                                               United States Magistrate Judge