UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH R. FLORES,<br><br>               Plaintiff,<br>   v.<br><br>JAN MORGEN, DOE SMITH, KIMBERLY DOTSON, DOE ABLE, RUSTY SMITH, MAGGIE MILLER-STOUT, G. BURK, and DOE HEWSTON,<br><br>               Defendants. | No. C08-5621 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' Motion for Summary Judgment (Dkt. 88) is **GRANTED;** Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 23rd day of August, 2010.

                                                          */s/ Robert J. Bryan*
                                                     ROBERT J. BRYAN
                                                     United States District Judge