# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH R. FLORES

v.

JAN MORGAN, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5621RJB/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Defendants' Motion for Summary Judgment (Dkt. 88) is **GRANTED**; Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

| August 24, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk